

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2016

No. 04-16-00632-CV

**IN THE INTEREST OF M.M., A CHILD**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-02539
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to November 21, 2016.

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court